**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

| | | |
|---|---|---|
| ALEJANDRO MONTIEL and RANDAL MONTIEL, individually and as next friends of their minor children A.M. and O.M., | * | |
| Plaintiffs, | * | |
| v. | * | CV 124-169 |
| BALFOUR BEATTY COMMUNITIES, LLC, et al., | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 49.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of August, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA